*Balance Sheets* (handwritten)

Form 1120 (2012)   DOMINGUEZ INC                                         4004   Page 5

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1  Cash | | 95,146 | | 52,903 |
| 2a Trade notes and accounts receivable | | | | |
| b  Less allowance for bad debts | ( ) | | ( ) | |
| 3  Inventories | | 7,850 | | 4,515 |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities (see instructions) | | | | |
| 6  Other current assets (attach statement) | | | | |
| 7  Loans to shareholders | | 44,000 | | 62,134 |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 267,097 | | 282,216 | |
| b  Less accumulated depreciation | (144,354) | 122,743 | (153,184) | 129,032 |
| 11a Depletable assets | | | | |
| b  Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b  Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 269,739 | | 248,584 |

| Liabilities and Shareholders' Equity | | | | |
|---|---|---|---|---|
| 16 Accounts payable | | 4,362 | | 3,686 |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 47,768 | | 39,946 |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
|                  b Common stock | | | | |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings-Appropriated (attach statement) | | | | |
| 25 Retained earnings-Unappropriated | | 217,609 | | 204,952 |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 269,739 | | 248,584 |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | (12,657) | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | | |
| 2 Federal income tax per books | | | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | 8 Deductions on this return not charged against book income this year (itemize): a Depreciation $ _____ b Charitable contributions $ _____ | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): a Depreciation $ _____ b Charitable contributions $ _____ c Travel and entertainment $ _____ | | | | |
| | | 9 Add lines 7 and 8 | | (12,657) |
| 6 Add lines 1 through 5 | (12,657) | 10 Income (page 1, line 28)-line 6 less line 9 | | |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 217,609 | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | (12,657) | b Stock | | |
| 3 Other increases (itemize): _____ | | c Property | | |
| | | 6 Other decreases (itemize): _____ | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | 204,952 | 8 Balance at end of year (line 4 less line 7) | | 204,952 |

Form **1120** (2012)

EL TARASCO (NEWCUT) (ETNEWCUT)                                                  Page 1

# STATEMENT OF PROFIT AND LOSS

| | | |
|---|---:|---:|
| Sales or Income | | |
|     SALES INCOME | $ 340,315.25 | 100.0% |
| Total Sales or Income | 340,315.25 | 100.0% |
| Cost of Sales | | |
|     GERNERAL MDSE | 121,697.01 | 35.8% |
|     BEER | 5,685.20 | 1.7% |
|     LIQUOR | 3,332.75 | 1.0% |
| Total Cost of Sales | 130,714.96 | 38.4% |
| **GROSS PROFIT** | **209,600.29** | **61.6%** |
| Operating Expense | | |
|     GROSS WAGES | 228,530.91 | 67.2% |
|     GENERAL EXPENSE | 119.19 | 0.0% |
|     PEST CONTROL | 360.00 | 0.1% |
|     TELEPHONE | 2,447.50 | 0.7% |
|     UTILITIES-SANITATION | 23,377.70 | 6.9% |
|     AUTO EXPENSE | 30.03 | 0.0% |
|     MAINT-REPAIR | 9,043.36 | 2.7% |
|     EQPT RENTAL | 1,535.86 | 0.5% |
|     INSURANCE | 4,974.30 | 1.5% |
|     ADVERTISING | 3,707.25 | 1.1% |
|     LAUNDRY | 4,060.00 | 1.2% |
|     RENT | 24,300.00 | 7.1% |
|     LEGAL-ACCOUNTING | 2,000.00 | 0.6% |
|     PROPERTY TAXES | 3,892.85 | 1.1% |
|     CONTRACT LABOR | 613.32 | 0.2% |
|     OFFICE SUPPLIES | 229.32 | 0.1% |
|     GENERAL SUPPLIES | 1,692.22 | 0.5% |
|     BANK CHGS-MERCH FEES | 6,378.28 | 1.9% |
|     ALARM | 485.13 | 0.1% |
|     FICA-FED PAYABLE | 23,971.87 | 7.0% |
|     UNEMPLOYMENT INS. | 5,058.82 | 1.5% |
|     SALES TAX | 19,032.50 | 5.6% |
|     LICENSE-PERMITS | 4,194.69 | 1.2% |
| Total Operating Expense | 370,035.10 | 108.7% |
| **NET OPERATING INCOME** | **-160,434.81** | **-47.1%** |
| **NET INCOME OR <LOSS>** | **$ -160,434.81** | **-47.1%** |

*[Handwritten notes on right side: "New Cut"]*

*[Handwritten notes at bottom: "New Cut & Fairfox New Cut Payroll paid under Both places so wages are for Both places Cannot finish Taylorsville Rd, Has not brought in paper work"]*

Prepared by                                                        11/30/14 09:04 AM

EL TARASCO III (FARIFAX) (ETFAIR)                                          Page 1

# STATEMENT OF PROFIT AND LOSS

Year to Date As of 10/31/2015

| | | |
|---|---:|---:|
| Sales or Income | | |
|     SALES INCOME | $ 571,559.63 | 100.0% |
| Total Sales or Income | 571,559.63 | 100.0% |
| Cost of Sales | | |
|     GERNERAL MDSE | 201,912.49 | 35.3% |
|     BEER | 23,607.65 | 4.1% |
|     LIQUOR | 16,040.42 | 2.8% |
| Total Cost of Sales | 241,560.56 | 42.3% |
| **GROSS PROFIT** | **329,999.07** | **57.7%** |
| Operating Expense | | |
|     PEST CONTROL | 730.00 | 0.1% |
|     TELEPHONE | 2,802.21 | 0.5% |
|     UTILITIES-SANITATION | 21,916.07 | 3.8% |
|     MAINT-REPAIR | 13,542.34 | 2.4% |
|     EQPT RENTAL | 1,693.75 | 0.3% |
|     INSURANCE | 8,150.08 | 1.4% |
|     ADVERTISING | 11,978.94 | 2.1% |
|     LAUNDRY | 2,510.98 | 0.4% |
|     RENT | 48,918.12 | 8.6% |
|     LEGAL-ACCOUNTING | 900.00 | 0.2% |
|     OFFICE SUPPLIES | 89.43 | 0.0% |
|     GENERAL SUPPLIES | 2,169.17 | 0.4% |
|     BANK CHGS-MERCH FEES | 12,740.26 | 2.2% |
|     ALARM | 377.40 | 0.1% |
|     SALES TAX | 32,470.53 | 5.7% |
|     DONATIONS | 50.00 | 0.0% |
|     LICENSE-PERMITS | 160.00 | 0.0% |
|     MUSIC | 3,380.00 | 0.6% |
| Total Operating Expense | 164,579.28 | 28.8% |
| **NET OPERATING INCOME** | **165,419.79** | **28.9%** |
| **NET INCOME OR <LOSS>** | **$ 165,419.79** | **28.9%** |

*Fairfax* (handwritten annotation)

LOS AZTECAS III (DOMING) Page 1

## STATEMENT OF PROFIT AND LOSS

Year to Date As of 06/30/14

| | | |
|---|---:|---:|
| Sales or Income | | |
|     SALES INCOME | $ 111,820.01 | 100.0% |
| Total Sales or Income | 111,820.01 | 100.0% |
| Cost of Sales | | |
|     GERNERAL MDSE | 34,230.77 | 30.6% |
|     BEER | 4,254.35 | 3.8% |
|     LIQUOR | 162.12 | 0.1% |
| Total Cost of Sales | 38,647.24 | 34.6% |
| **GROSS PROFIT** | **73,172.77** | **65.4%** |
| Operating Expense | | |
|     GROSS WAGES | 25,800.11 | 23.1% |
|     PEST CONTROL | 240.00 | 0.2% |
|     TELEPHONE | 1,261.88 | 1.1% |
|     UTILITIES-SANITATION | 7,480.62 | 6.7% |
|     MAINT-REPAIR | 2,343.88 | 2.1% |
|     EQPT RENTAL | 825.48 | 0.7% |
|     INSURANCE | 1,814.86 | 1.6% |
|     ADVERTISING | 4,300.00 | 3.8% |
|     LAUNDRY | 1,041.21 | 0.9% |
|     RENT | 18,600.00 | 16.6% |
|     LEGAL-ACCOUNTING | 1,008.00 | 0.9% |
|     OFFICE SUPPLIES | 27.60 | 0.0% |
|     GENERAL SUPPLIES | 8.48 | 0.0% |
|     BANK CHGS-MERCH FEES | 2,242.10 | 2.0% |
|     ALARM | 298.95 | 0.3% |
|     FICA-FED PAYABLE | 2,392.11 | 2.1% |
|     UNEMPLOYMENT INS. | 205.27 | 0.2% |
|     SALES TAX | 6,139.11 | 5.5% |
|     OTHER TAXES | 40.00 | 0.0% |
|     LICENSE-PERMITS | 3,760.00 | 3.4% |
| Total Operating Expense | 79,829.66 | 71.4% |
| **NET OPERATING INCOME** | **-6,656.89** | **-6.0%** |
| **NET INCOME OR <LOSS>** | **$ -6,656.89** | **-6.0%** |

*[handwritten: Taylorsville Road]*

*[handwritten: No Denough paper work for July - December]*

Prepared by 11/30/14 09:09 AM

| Form **1120** | | U.S. Corporation Income Tax Return | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2012 or tax year beginning ____, 2012, ending ____, 20 ___ ▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120. | | | **2012** |

**A** Check if:
1a Consolidated return (attach Form 851) ☐
 b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name: **DOMINGUEZ INC**
Number, street, and room or suite no. If a P.O. box, see instructions.
**7562 DIXIE HIGHWAY**
City or town, state, and ZIP code
**LOUISVILLE    KY    40258**

**B** Employer identification number: ████4004
**C** Date Incorporated: **11-01-1998**
**D** Total assets (see instructions): **$ 248,584**

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1a  1,190,459 | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 1,190,459 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 475,919 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 714,540 |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions - attach statement) | 10 | |
| 11 | Total income. Add lines 3 through 10 ▶ | 11 | 714,540 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---:|
| 12 | Compensation of officers (see Instructions - attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | 277,427 |
| 14 | Repairs and maintenance | 14 | 27,209 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 108,448 |
| 17 | Taxes and licenses  ATT_CTL | 17 | 121,182 |
| 18 | Interest | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 8,830 |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 31,974 |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach statement) Statement #5 | 26 | 152,127 |
| 27 | Total deductions. Add lines 12 through 26 ▶ | 27 | 727,197 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | (12,657) |
| 29a | Net operating loss deduction (see instructions)  29a | | |
| b | Special deductions (Schedule C, line 20)  29b | | |
| c | Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---:|
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | (12,657) |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: Credited to 2013 estimated tax ▶ ____ Refunded ▶ | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ **FAUSTINO DOMINGUEZ** | Date _____ | ▶ **PRES**
Signature of officer | | Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☒ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| BARBARA ADAMS | | 01-16-2015 | | ████████ |

Firm's name ▶ **MASSEY BOOKKEEPING & TAX SERVICE**
Firm's address ▶ **7562 DIXIE HIGHWAY**
**Louisville KY 40258**
Firm's EIN ▶ ████4795
Phone no. **(502) 935-2687**

For Paperwork Reduction Act Notice, see separate instructions.  Form **1120** (2012)
EEA

Form 1120 (2012)   DOMINGUEZ INC                                                                4004   Page 2

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

EEA                                                                                            Form 1120 (2012)

Form 1120 (2012)  DOMINGUEZ INC  4004  Page 3

## Schedule J — Tax Computation and Payment (see Instructions)

**Part I - Tax Computation**

| # | Description | | Amount |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | | 0 |
| 3 | Alternative minimum tax (attach Form 4626) | | |
| 4 | Add lines 2 and 3 | | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834, line 30 (attach Form 8834) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | Total credits. Add lines 5a through 5e | | |
| 7 | Subtract line 6 from line 4 | | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | 0 |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions - attach statement) | 9f | |
| 10 | Total. Add lines 9a through 9f | | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | 0 |

**Part II - Payments and Refundable Credits**

| # | Description | | Amount |
|---|---|---|---|
| 12 | 2011 overpayment credited to 2012 | | |
| 13 | 2012 estimated tax payments | | |
| 14 | 2012 refund applied for on Form 4466 | | ( ) |
| 15 | Combine lines 12, 13, and 14 | | |
| 16 | Tax deposited with Form 7004 | | |
| 17 | Withholding (see instructions) | | |
| 18 | Total payments. Add lines 15, 16, and 17 | | |
| 19 | Refundable credits from: | | |
| a | Form 2439 | 19a | |
| b | Form 4136 | 19b | |
| c | Form 8827, line 8c | 19c | |
| d | Other (attach statement - see instructions) | 19d | |
| 20 | Total credits. Add lines 19a through 19d | | |
| 21 | Total payments and credits. Add lines 18 and 20. Enter here and on page 1, line 32 | | |

## Schedule K — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash  b ☐ Accrual  c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 722110 | | |
| b | Business activity ▶ MEXICAN RESTAURANT | | |
| c | Product or service ▶ FOOD ALCOHOL | | X |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation ▶ _____ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes", complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |

Form 1120 (2012)

EEA

Form 1120 (2012)   DOMINGUEZ INC                                          ▓▓▓▓4004        Page **4**

| Schedule K | Other Information continued (see Instructions) |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions . . . . . If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including any entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . . . . . . If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  | . |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . . . . . If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | X |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of the corporation's stock entitled to vote or (b) the total value of all classes of the corporation's stock? . . . . . . . . . . For rules of attribution, see section 318. If "Yes," enter: (i) Percentage owned ▶ _____ and (ii) Owner's country ▶ _____ (c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ 0 | | X |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . ▶ ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 2 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . . . . . ▶ ☒ If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ 1,080 | | |
| 13 | Are the corporation's total receipts (line 1c plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | X |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? . . . . . . . . If "Yes," complete and attach Schedule UTP. | | X |
| 15a | Did the corporation make any payments in 2012 that would require it to file Form(s) 1099 ? . . . . . . . . . . . . . . | | X |
| b | If "Yes," did or will the corporation file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 16 | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

EEA                                                                              Form **1120** (2012)

Form 1120 (2012)    DOMINGUEZ INC                                                    4004    Page 5

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 95,146 | | 52,903 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | 7,850 | | 4,515 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | 44,000 | | 62,134 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 267,097 | | 282,216 | |
| b | Less accumulated depreciation | ( 144,354 ) | 122,743 | ( 153,184 ) | 129,032 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 269,739 | | 248,584 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 4,362 | | 3,686 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 47,768 | | 39,946 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings-Appropriated (attach statement) | | | | |
| 25 | Retained earnings-Unappropriated | | 217,609 | | 204,952 |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 269,739 | | 248,584 |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see Instructions |

| 1 | Net income (loss) per books | (12,657) | 7 | Income recorded on books this year not included on this return (itemize): | |
| --- | --- | --- | --- | --- | --- |
| 2 | Federal income tax per books | | | Tax-exempt interest $ _____ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation $ _____ | |
| a | Depreciation $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions $ _____ | | | | |
| c | Travel and entertainment $ _____ | | | | |
| | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | (12,657) | 10 | Income (page 1, line 28)-line 6 less line 9 | (12,657) |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| 1 | Balance at beginning of year | 217,609 | 5 | Distributions: a Cash | |
| --- | --- | --- | --- | --- | --- |
| 2 | Net income (loss) per books | (12,657) | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | 204,952 | 8 | Balance at end of year (line 4 less line 7) | 204,952 |

EEA                                                                                Form 1120 (2012)

| Form **1125-A** (Rev. December 2012) Department of the Treasury Internal Revenue Service | **Cost of Goods Sold** ► Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B. ► Information about Form 1125-A and its instructions is at www.irs.gov/form1125a. | | OMB No. 1545-2225 |
|---|---|---|---|
| Name DOMINGUEZ INC | | | Employer identification number 4004 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 7,850 |
| 2 | Purchases | 2 | 472,584 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 480,434 |
| 7 | Inventory at end of year | 7 | 4,515 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 475,919 |

9a  Check all methods used for valuing closing inventory:
   (i) ☒ Cost
   (ii) ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation.) ► _____
 b  Check if there was a writedown of subnormal goods ► ☐
 c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► ☐
 d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9d
 e  If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)?  . . . . ☐ Yes  ☐ No
 f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

For Paperwork Reduction Act Notice, see instructions

Form **1125-A** (Rev. 12-2012)

EEA

Form **4562**

Department of the Treasury
Internal Revenue Service  (99)

## Depreciation and Amortization
### (Including Information on Listed Property)

▶ See separate Instructions.    ▶ Attach to your tax return.

OMB No. 1545-0172

**2012**

Attachment Sequence No. **179**

Name(s) shown on return: DOMINGUEZ INC
Business or activity to which this form relates: FORM 1120
Identifying number: ▬▬4004

**Part I**    Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 .... 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 |
| 10 | Carryover of disallowed deduction from line 13 of your 2011 Form 4562 | 10 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 |
| 13 | Carryover of disallowed deduction to 2013. Add lines 9 and 10, less line 12 ▶ 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 |
| 15 | Property subject to section 168(f)(1) election | 15 |
| 16 | Other depreciation (including ACRS) | 16 |

**Part III**    MACRS Depreciation (Do not include listed property.) (See Instructions.)

Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2012 | 17 | 5,806 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

Section B - Assets Placed in Service During 2012 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b   5-year property   Statement #50 | | | | | | 3,024 |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

Section C - Assets Placed in Service During 2012 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   40-year | | | 40 yrs. | MM | S/L | |

**Part IV**    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 8,830 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate Instructions.

Form **4562** (2012)

EEA

|  | Federal Supporting Statements | 2012 PG 1 |
|---|---|---|
| Name(s) as shown on return<br>DOMINGUEZ INC | | FEIN<br>████4004 |

## FORM 1120 PAGE 1

Statement #5

| DESCRIPTION | AMOUNT |
|---|---:|
| Accounting cost | 16,190 |
| Bank charges | 24,029 |
| Equipment rental/lease | 4,178 |
| Gifts | 25 |
| Independent Contractor | 225 |
| Insurance | 14,247 |
| Laundry and cleaning | 2,644 |
| Miscellaneous | 12,100 |
| Office expense | 1,764 |
| Security | 1,425 |
| Supplies | 4,530 |
| Telephone | 7,605 |
| Utilities | 61,708 |
| PEST CONTROL | 1,457 |
| **TOTAL** | **152,127** |

## FORM 4562 - LINE 19B

PG01
Statement #50

| BASIS | RP | CV | METHOD | DEDUCTION |
|---:|---|---|---|---:|
| 14,369 | 5 | HY | 200 DB | 2,874 |
| 750 | 5 | HY | 200 DB | 150 |
| **TOTAL** | | | | **3,024** |

| | **Taxes and Licenses Attachment** | **2012** |
|---|---|---|
| | Note: This information does not transmit to the IRS with e-filed returns. | |
| | Including with a paper filed return is optional. | |

**CORPORATION NAME:** DOMINGUEZ INC

**EIN:** ▉4004

Form 1120, line 17
Form 1120-C, line 15
Form 1120-H, line 12

**Taxes and Licenses**

| # | Description | | Amount |
|---|---|---|---|
| 1 | State income taxes | 1 | 2,860 |
| 2 | State franchise taxes | 2 | |
| 3 | City income taxes | 3 | |
| 4 | City franchise taxes | 4 | |
| 5 | Local property taxes | 5 | 6,674 |
| 6 | Intangible property taxes | 6 | |
| 7 | Payroll taxes | 7 | 32,861 |
| 8 | Less: credit from Form 8846 | 8 | |
| 9 | Foreign taxes paid | 9 | |
| 10 | Occupancy taxes | 10 | |
| 11 | Other miscellaneous taxes | 11 | 66,787 |
| 12 | Licenses | 12 | 12,000 |
| 13 | Total to Form 1120, Page 1, Line 17 | 13 | 121,182 |

ATT_CTL.LD

FORM 1120, LINE 29a, NOL DEDUCTION  
FORM 1120-C, SCH G, LINE 9a, COL (a), PATRONAGE NOL DEDUCTION

**2012**  
ATT_NOL

Name: DOMINGUEZ INC  
EIN: ▓▓▓▓4004

| Year | Loss Carryover/ Carryback | Increase of NOL Due to Sec 170(d)(2)(B) Contribution Reduction* | Loss Applied to 2012 | Unused Loss | Unused Sec 170(d)(2)(B) |
|---|---|---|---|---|---|
| 1992 | | | | Expiring this year | Expiring this year |
| 1993 | | | | | |
| 1994 | | | | | |
| 1995 | | | | | |
| 1996 | | | | | |
| 1997 | | | | | |
| 1998 | | | | | |
| 1999 | | | | | |
| 2000 | | | | | |
| 2001 | | | | | |
| 2002 | | | | | |
| 2003 | | | | | |
| 2004 | | | | | |
| 2005 | | | | | |
| 2006 | | | | | |
| 2007 | | | | | |
| 2008 | | | | | |
| 2009 | | | | | |
| 2010 | | | | | |
| 2011 | 1,080 | | | 1,080 | |
| | Current year NOL | | Applied to Prior Years | Remaining 2012 NOL carryover | |
| 2012 | 12,657 | | | 12,657 | |
| | Future years NOL | | Applied to 2012 | | |
| Future Years | | | | | |
| **TOTALS** | 13,737 | | 0 | 13,737 | 0 |

* A corporation having a net operating loss (NOL) carryover from any taxable year must apply the special rule of §170(d)(2)(B). The rules are designed to prevent a double tax benefit through interaction of NOL and charitable contribution carryovers. The excess charitable deduction can reduce taxable income only once. Under these rules, a corporation's charitable contributions carryover (but not the NOL carryover) must be reduced, to the extent the charitable contribution deduction, in computing the taxable income of an intervening year, would increase the NOL to a succeeding year.