UNITED STATES BANKRUPTCY COURT
WESTERN DISTRCIT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: ) | | Case No. 15-30116 |
| ) | | |
| DOMINGUEZ, INC. ) | | |
| ) | | |
| Debtor(s) ) | | Chapter 11 |
| _____ ) | | |

## **RESOLUTION OF BOARD OF DIRECTORS**

      I, Juana Dominguez, Vice President of Dominguez, Inc., a Kentucky corporation ("Company"), in accordance with the applicable provisions of the corporate law of the Commonwealth of Kentucky and the Bylaws of the Company, in my capacity as Vice President and not individually, do hereby certify that the following recitals and resolutions were duly adopted by the Company during a meeting held on January 15, 2015, and that such resolutions have not been amended or rescinded and are now in full force and effect.

      Whereas, the Company is generally unable to pay its debts as they become due and has been advised by counsel that it is in the best interest of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Bankruptcy Code.

      Therefore, be it:

      Resolved that the Company that Juana Dominguez, Vice President of Dominguez, Inc., ("Authorized Person"), is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and,

      Be it further resolved, that Juana Dominguez, Vice President of Dominquez, Inc., is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all documents on behalf of the Company in connection with such bankruptcy case; and,

      Be it further resolved, that Juana Dominguez, Vice President of Dominguez, Inc., is authorized and directed to employ Thomas W. Frentz, attorney, and the law firm of Middleton Reutlinger, to represent the Company in such bankruptcy case. Middleton Reutlinger is employed under a general retainer to render legal services and to represent, the Company as general bankruptcy counsel in connection with the Chapter 11 and any

other related matters in connection therewith, as general restructuring counsel and on such terms as the Authorized Person shall approve.

In witness whereof, I have hereunto set my hand and seal this 15th day of January, 2015.

By: /s/Juana  Dominguez
Juana Dominguez

Title: Vice President

COMMONWEALTH OF KENTUCKY    )
                            )    ss
COUNTY OF JEFFERSON         )

Subscribed and sworn to before me by Juana Dominguez, as the Sole Office of Dominguez, Inc., on this 15th day of January, 2015.

My Commission Expires:  October 1, 2018

Cameron T. Clemons
Notary Public, State-at-Large